B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   Twin Lakes, Inc.                                           Case No. _____

                                    Debtor(s)                     Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alexander Mercado<br>38 Haviland Drive<br>Stamford, CT 06903 | Alexander Mercado<br>38 Haviland Drive<br>Stamford, CT 06903 | | | 350.00 |
| Bank of America<br>111 Westminister Street<br>Providence, RI 02903 | Bank of America<br>111 Westminister Street<br>Providence, RI 02903 | | | 89,031.58 |
| Bonner Group<br>45 Bonner Drive<br>Milford, CT 06460 | Bonner Group<br>45 Bonner Drive<br>Milford, CT 06460 | | | 450.00 |
| H. Krevit & Company<br>P.O. Box 9433<br>New Haven, CT 06534 | H. Krevit & Company<br>P.O. Box 9433<br>New Haven, CT 06534 | | | 4,874.11 |
| Hocon Industrial Gas<br>56 Payne Road<br>Danbury, CT 06810 | Hocon Industrial Gas<br>56 Payne Road<br>Danbury, CT 06810 | | | 325.00 |
| Independent Refuse<br>P.O. Box 321<br>Stamford, CT 06904 | Independent Refuse<br>P.O. Box 321<br>Stamford, CT 06904 | | | 1,500.00 |
| Keogh's Hardware<br>907 High Ridge Road<br>Stamford, CT 06905 | Keogh's Hardware<br>907 High Ridge Road<br>Stamford, CT 06905 | | | 162.00 |
| SCS Agency<br>P.O. Box 220493<br>Great Neck, NY 11022 | SCS Agency<br>P.O. Box 220493<br>Great Neck, NY 11022 | | | 350.00 |
| Southern Connecticut Newspapers<br>P.O. Box 1653<br>Stamford, CT 06902 | Southern Connecticut Newspapers<br>P.O. Box 1653<br>Stamford, CT 06902 | | | 153.00 |
| SP&G Graphics<br>330 Fairfield Avenue<br>Stamford, CT 06902 | SP&G Graphics<br>330 Fairfield Avenue<br>Stamford, CT 06902 | | | 1,375.00 |
| The Hour<br>346 Main Avenue<br>Norwalk, CT 06851 | The Hour<br>346 Main Avenue<br>Norwalk, CT 06851 | | | 102.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Twin Lakes, Inc.                                            Case No. _____
         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Twin Lakes Indoor<br>67 Talcott Road<br>Port Chester, NY 10573 | Twin Lakes Indoor<br>67 Talcott Road<br>Port Chester, NY 10573 | Voidable attachment recorded on 12/28/07 against Stamford Real Property | Disputed | 3,200,000.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____   Signature _____
                                          Kate Lombardo
                                          President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

3/15/08 11:31AM

B4 (Official Form 4) (12/07) - Cont.
In re   Twin Lakes, Inc.                                                          Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [If secured, also state value of security] |
|---|---|---|---|---|
| U.S. Coffee | | vendor | | $212.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   3/20/08                    Signature  _____
                                             Kate Lombardo
                                             President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy