Alexander Mercado
38 Haviland Drive
Stamford, CT 06903


Bank of America
111 Westminister Street
Providence, RI 02903


Bonner Group
45 Bonner Drive
Milford, CT 06460


H. Krevit & Company
P.O. Box 9433
New Haven, CT 06534


Hocon Industrial Gas
56 Payne Road
Danbury, CT 06810


Independent Refuse
P.O. Box 321
Stamford, CT 06904


Keogh's Hardware
907 High Ridge Road
Stamford, CT 06905


SCS Agency
P.O. Box 220493
Great Neck, NY 11022


Southern Connecticut Newspapers
P.O. Box 1653
Stamford, CT 06902


SP&G Graphics
330 Fairfield Avenue
Stamford, CT 06902


The Hour
346 Main Avenue
Norwalk, CT 06851

```
Twin Lakes Indoor
67 Talcott Road
Port Chester, NY 10573
```

**United States Bankruptcy Court**
**District of Connecticut**

In re    Twin Lakes, Inc.                                              Case No. _____
                                            Debtor(s)                   Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  3/20/08

Kate Lombardo/President — President for Twin Lakes
Signer/Title